# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156737(72)

MICHIGAN ASSOCIATION OF HOME
BUILDERS, ASSOCIATED BUILDERS AND
CONTRACTORS OF MICHIGAN, and
MICHIGAN PLUMBING AND MECHANICAL
CONTRACTOR ASSOCIATION,
      Plaintiffs-Appellants,

v

                                       SC: 156737
                                       COA: 331708

CITY OF TROY,
                                       Oakland CC: 2010-115620-CZ
      Defendant-Appellee.
_____/

       On order of the Chief Justice, the motion of the Michigan Manufacturers Association to file a brief amicus curiae is GRANTED. The amicus brief submitted on December 19, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2018                 

                                      Clerk